O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CLINTON, | ) | Case No. CV 08-4178-DOC (OP) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| R. GEOVENETTI, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

1   IT IS ORDERED that the Judgment be entered: (1) accepting this Report and Recommendation; (2) granting the Defendant Geovenetti's Motion to Dismiss the Fifth Amended Complaint; and (3) directing that judgment be entered dismissing the Fifth Amended Complaint in its entirety without leave to amend and with prejudice.

DATED: September 20, 2013

*David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge