JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CLINTON, | ) | Case No. CV 08-4178-DOC (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| R. GEOVENETTI, | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Fifth Amended Complaint is dismissed with prejudice.

DATED: September 20, 2013

HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge